MARY RUTH YOUNG *v.* LOUIS P. PRICE AND
ALLEN L. SOUZA, INDIVIDUALLY AND DOING
BUSINESS AS PRICE CONCRETE TANK COMPANY,
AN HAWAIIAN CO-PARTNERSHIP.

No. 4531.

June 24, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO,
ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Levinson and Marumoto, JJ., having dissented from the majority in the original opinion, do not concur.

*William L. Fleming* (*Smith, Wild, Beebe & Cades* of counsel) for the petition.